UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Scott Anthony Ford

        v.                                Case No. 06-cv-341-PB

ACI, RI, Warden, et al.

O R D E R

The petitioner has failed to comply with Magistrate Judge James R. Muirhead's Order dated October 3, 2006, accordingly, the petition is dismissed without prejudice.

SO ORDERED.

November 17, 2006                             /s/ Paul Barbadoro
                                                            Paul Barbadoro
                                                             United States District Judge

cc:     Scott Anthony Ford, Pro se